J. RUSSELL CUNNINGHAM, State Bar #130578
J. LUKE HENDRIX, State Bar #271424
GABRIEL P. HERRERA, State Bar #287093
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Karen A. Johnson
Debtor

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>KAREN ANN JOHNSON,<br><br>Debtor. | District Court Case No.<br>2:16-CV-00929-JAM<br><br>Bankruptcy Court Case No.<br>16-20772-B-7<br><br>Date:  November 1 2016<br>Time:  10:30 a.m.<br>Place: Courtroom 6<br>         501 I Street, 14th Floor<br>         Sacramento, CA. 95814 |
|---|---|

### ORDER ON BANKRUPTCY APPEAL

The appeal of Suan C. Chew, Trustee of the Suan C. Chew Trust dated March 17, 2011 ("Appellant"), from the order of the United States Bankruptcy Court for the Eastern District of California abandoning certain property to Karen Ann Johnson ("Appellee") pursuant to 11 U.S.C. Section 554, having been considered, and for the reasons stated on the record,

**IT IS ORDERED** that:

1. The provision of the Bankruptcy Court's order abandoning the properties specified therein is affirmed.

///

1

2. The provision of the Bankruptcy Court's order providing that the Appellant shall bear the costs, if any, of removing certain data from a computer server is reversed.

DATED: 11/9/2016

/s/ John A. Mendez\
U.S. DISTRICT COURT JUDGE

APPROVED AS TO FORM:

SERLIN & WHITEFORD, LLP

 /s/ 
_____
MARK A. SERLIN\
Attorneys for Suan C. Chew, Trustee of the\
Suan C. Chew Trust dated March 17, 2011

2